Gerry Wayne Fowler, Sr.

Internal Revenue Service
Zales Corp.

Gerry Wayne Fowler, Sr.

Narrative of events from the 1980s



## Introduction

This document was created with the assistance to help me organize the events that have happened to me in my life since my return to Dallas from active-duty service.

From 1980 until now, I have been suffering due to not being able to function without the medication that I believe was forced on me. My children done what they have been able to do to help me and have assisted me in some of my decision making over the years.

Through this presentation of events, my hope is that someone will see that a mistake has happened and that I was wronged. As I have been under the influence of medication since the 1980s, it has been difficult for me to assert myself in a way to achieve the results that I have been pursuing.

Even though these events happened 40 years ago, I believe that the statute of limitations for these events have not passed. My sons have told me that I cannot expect someone to do something about this after all these years, but I at least want to have my story heard and be given an opinion from someone other than my children.

As a result, my youngest son has agreed to help me organize my thoughts in a logical way.

Table of Contents

I.      Introduction

II.     Order of Events

     A.  Life After Active-Duty Service

     B.  Internal Revenue Service -Initial Employment

         1.  Occupation

         2.  Issues with employment

     C.  Zales Corporation

         1.  Occupation

         2.  Issues

     D.  Internal Revenue Service-Re-Employment

         1.  Occupation

         2.  Issues

     E.  Relocation to Virginia

         1.  Credit Unions

         2.  Car Accidents

         3.  Over-medication

         4.  Issue with Neighbor/Conclusion

## I.      Life after Active-Duty Service

After switching from active-duty service (1974-1978), I sought out civilian employment while I continued serving the United States in the Naval Reserves on a part-time basis.  I had just gotten married and wanted to have a family.

When I transitioned from active-duty service I lacked a high school diploma, but I would eventually receive my General Education Diploma, while attending El Centro College.

Before my encounters with the Internal Revenue Service, I held multiple jobs including working at Sanger-Harris Department store selling electronics and working for the Department of Corrections at their Seagoville Facility.

After leaving the Department of Corrections, I would eventually be hired to work at the HEW.  I got approached by the Regional Manager while I was there, and I was told that the job I was in currently require that I have a college degree.  I told him that I was hired under the Veterans' Readjustment Act, but he told me that it did not matter.  His name was Taylor August.

## II.    Internal Revenue Service – Initial Employment

As previously stated, when I joined the United States Navy, it was after leaving high school without obtaining a college degree.

After leaving the Department of Corrections, I was eventually hired by the Internal Revenue Service.  I worked in Dallas, Texas.

When I went to interview with the IRS for their collections position, I informed the hiring manager, Paul Howard, that I was under the Veterans Readjustment Act and did not have a college degree.  He understood and told me that since he liked me anyway that he would give me a chance.

I was later hired under the Veterans' Readjustment Act as a Revenue Officer.  Upon employment, Howard told me that if I wanted to move up in the company that I needed to obtain a college degree.

I signed up to attend El Centro College in Downtown Dallas, Texas.  After finishing multiple semesters, where I obtained A's and B's in my course work, I was sent for training and evaluation.   A woman interviewed me while I was there and wrote up something in a file and told me that my manager would discuss my performance with me when I returned to my job site.

Later when I returned to the office I was called into a conference with Howard, where he told me that I would not make a good Revenue Officer, even after doing everything he asked me to do.

He stated that he would let me work two more weeks if I resigned.  I had just had my first son and I needed the job so I told him that I would not submit my resignation.

Howard explained to me that if I resigned that I would still be able to draw unemployment and that they would not challenge it, but that if he fired me that I would not be able to. So I agreed to resign due to those circumstances, and he had his secretary type up a resignation letter for me to sign.

You can tell that I did not write the letter, because my name is misspelled on the resignation letter, but I signed it anyway.

### III. Zales Corporation

After leaving the Internal Revenue Service, I eventually obtained employment at Zales Corporation in their Collections Department.  It took me two months to find this job after I was forced to resign from the Internal Revenue Service in 1980.

I was interviewed by Central Davis.  In the interview he told me that he wanted to hire me because he thought that I would be a good employee, and that I had previously worked for the IRS as a Revenue Officer.

I really needed this job, as I had been unemployed for two months and had no money coming in at all.  My first son was just born, and I needed health insurance, as he was having health complications.  Upon employment, I went to management and told them about the situation with my son but was told that I had to work the minimum 90 days before I could use my benefits.

I worked at this job for several years, where I had no issues and was making decent money, but I never forgot the way things ended with the IRS and one day I wanted to go back and work there, because I knew I could do the job that they told me that I couldn't do.

Two years into working for Zales Corporation, I received a promotion from regular collections, to Profit and Losses and that Department is where I would spend the remainder of my time with Zales.  In this department I had to compete with Mark Haines, and Dessie Sheppard was my supervisor.

One time when I got paid, another person in the office by the name of Harry Gorman asked me what I made, and so I showed him.  I did not have anything to hide, and I believed that we all were making the same amount of money anyway.

While working at Zales I received a call from Melissa over at the Internal Revenue Service who was doing recruiting. She called to see if I was interested in returning to the IRS, but I told her that my intentions were to stay at Zales Corporation until I cannot be promoted any further.

+++Later my time to leave Zales would come when I was informed by my supervisor that I was going to be let go because I did not have a completed college degree, as I dropped out of school after I lost my job with the Internal Revenue Service.

One day there was a party being thrown at the Zales location I was working at. The supervisor of my department came over and asked me to join the party. My response to her was that I preferred to get my work done. She stated that it would not count against me and other people wanted me there too, so I agreed and went to the party. The supervisor's name was Dessie Shepard.

When I arrived at the party, I saw that they had a palm reader. Everyone encouraged me to sit down and have my future. I sat down and she looked at my hand and took it into hers. She then told me and everyone at the party that I was going to have a long life.

After getting up from the palm reader, some one brought me a plate of food that was prepared by the wife of another one of the supervisors. After eating the food. I got sicker than I have ever been.

Some time passed and I was called into the office of Skip Welch. When I got to his office, I found out that he discussed my performance. I was told that my performance was under par, even though I knew my numbers were fine. A pattern began where he would refer me to P.L. every month until I told them that I had enough of them unfairly targeting me.

I contacted IRS Human Resources since I knew they wanted me back and asked them what openings they had available as I wanted to leave Zales Corporation. They did not have my previous position at IRS available, but they had an opening in the mailroom, and I told them that I would take it.

IV. <u>Re-Employment with the Internal Revenue Service</u>

I went back to IRS to work in the mail room. I have always had a strong work ethic, and had no problem going back to work in a lessor position, as long as I would have the opportunity to work my way up.

After finishing my probationary period with the IRS, things started happening again like last time and I decided that I was going to sue the IRS for the way that they were treating me, and for how the terminated me under forced resignation from the first time I was employed by them.

I went to the 14th floor of the building I worked in, as it also contained the US District Court. I went into the clerk's office to file a complaint and to fill out subpoenas on all the people that wronged me, but the clerk refused to file it.

I started to get upset because they refused to file my complaint, and they forwarded my complaint to Mary Lou Robinson, who told them to file the complaint or that they would be in trouble. At this time The Honorable Robinson was a federal judge in Amarillo. Texas.

When I came back to work later, Bob Wilks pulls me aside and tells me that they had some money missing from the mail room, and that I had been the one to sign for it. I explained to him that I sent the check where it was supposed to go and that nothing was stolen. I explained to him in a similar situation in the past the lead supervisor of my department showed me what to do and how to do it, so I went ahead and did it.

Another time that I came to work and the Lead supervisor was not in again, ~~Harris~~ HORACE Anthony came over and tried to pick a fight with me, I told him that I was not going to fight him

and when the manager in charge came around to check on things, I told her what happened. Her name was Laura Harding.

At this time, I believe that they knew that I was suing the IRS. Bob Wilks came up to me and suggested that I just retire and told me that I was making too many mistakes. I did not want to retire as they provided me good benefits and I had a wife and family at home and needed the insurance.

Now the pressure was starting to build at the IRS. Wilks called my wife at the time and would talk to her about me without my consent. I found this out because one time at work we were having a conversation and he mentioned that he talked to my wife about it. I got upset with him because it was not his place to talk to my wife about my employment with the IRS, "I am the employee not her," is what I told him.

Karen Williamson, my manager at the time I was going through. She gave me time off with pay until I was able to work. The next thing I know she had a heart attack in the IRS bathroom. She did everything that she could to help me. I saw her the day before she died.

She had left facilities and went back to CSB division. She had promised me if I needed her help that she would be there for me. Betty Callahan stated that she would be in my corner if I needed her.

Peggy Smith took me up to the 11th floor and I was speaking to a man, I didn't know his name at the time. He was a union member. He stated that I should go ahead and quit it was nothing that he could do for me. Then I found out that his name with Ed Houston. I drilled with him the second weekend of every month. I couldn't believe it but it was so.

It finally got to the point where I had to go, but I was going to keep fighting the unfair treatment I received, and I still am exercising my rights now.  I was wronged by the Internal Revenue Service.

<u>V. Relocation to Virginia</u>

My mother passed away in August 2005, prior to that time I spent most of my time in Dallas, Texas in medical retirement from both the Navy and the Internal Revenue Service.

Before my mother passed away, she mentioned me going to Viginia to be closer to my ex-wife and most of my children.  When she passed my youngest son flew out to Dallas, and moved me to Virginia, where I have been ever since.

I believe that because I want to hold the IRS accountable for what they did to me, that they have been doing things to try and get me in trouble.

There have been multiple times where I have been out and something has happened and I've called my sons to tell me that I am being set up for things, but they tell me that I am being paranoid and that I have no proof to substantiate anything.  I told them its all circumstantial evidence and they tell me that I am wrong.

I will list a few examples of what I believe have been occurrences where things have happened:

**<u>Issues With Credit Unions</u>**

*<u>Pentagon Federal Credit Union</u>*

One day I was at Pentagon Federal Credit Union in Virginia Beach.  Kathy, a customer service rep, was helping me when she answered the phone to speak with a customer.  There was another customer sitting near where she was helping me.

While I was sitting in front of Kathy, she said the customer's name out loud and also gave out her address and the amount of money she had in her account. While I was still sitting there and with the other customer, a man, sitting there too.

I got up and left and called one of my sons and told him what happened. He told me that I was jumping to conclusions.

I drove off to make some deposits, but then decided to go back because something just did not seem right to me. When I walked back in she was talking to that same man that was there when I left the first time.

I told her that "I got her." I know she was trying to set me up to ruin my case with the IRS.

*Navy Federal Credit Union*

Another example that I told my children about was when I went to Navy Federal Credit Union.

I arrived one day and asked for Sam, a customer service representative, if she could go on my phone and set up their app that I have with the correct checking and savings account information.

Even though I asked her to go on the app and change it, when I handed her my phone, she started going through my entire phone even though I did not give her permission to do so.

After going through my phone, she told me that she "had a different phone and needed to ask someone else how to do it." Then she took my phone to someone else.

*Navy Federal Credit Union*

I applied for credit with Tamika. I was told to talk to someone on the phone and then I was turned down for credit. I did not get the name of the person I talked to, but they said it was from

credit 25-30 years ago. I tried three more times and applied for a secured credit card, and all were turned down for that reason.

I went in, Ms. Linda was in the office.
Ms. Linda said "I can tell you why you were turned down. We go by office policy. They will send you a letter telling you why. I got the letter and past history is what it said.

Each time I apply for anything past history. Another time I spoke with Emily. I applied for a credit card and nothing was wrong with my credit. She stated that I was late with Neighborhood Federal Credit Union in the past and that I could get the credit card later.

I went and bought two cars and went back to Emily.

She stated that I needed to pay down some of my debt before they would give me a credit card.

I did not have the debt. Then I told her that "I can go out and buy two brand new cars, and I can't get a credit card?" She spoke in an open space and said I needed to pay down some of my debt.

Next time I went in she was not coming back to the credit union, she was going to raise her child.

The loan officer who was helping me told me that I needed my Driver's license so I can make sur that you are the right person. Then he made a copy of my DL showing my signature.

Teller her name was Seven, she seen everything and heard everything.

_Langley Federal Credit Union_

Manager took $2800 I had deposited, but it went to the wrong account.

I told him that I wanted my $2800 back and that I was prepared to stay there until I got it.

Manager stated "I can't give it to you, I will call the police if you don't leave."

I told him "call the police, because I am not leaving until I get my money."

The Manager then called the credit union where I have the account.

The credit union then called me and told me she was giving me the money that I was missing back if I left the Credit Union.  I told Ms. Tracy that I would, but that I had my receipt for the $2800 and I was not worried about going to jail for something that they made a mistake of doing. I had to take out a quick loan in loan advance to get done what I needed to get done.

Neighborhood Credit Union just wanted me to leave the credit union at that time.

## Car Accidents

### February 2008

I was hit from behind, went to Patient First.

They took an X-ray and the Doctor who saw me stated I had something in my back that was closing up and that I should go out and have fun.

Virginia Beach Police took an incident report.

I had the Law Office of Kalfus and Nachman, he said I would not have to go to Court for accident as they had enough to do it.

My ex-wife stated that she was not supporting anything, and I would be on my own.

Previously, I had a case in Virginia regarding my mental health and I had to deal with an administrative judge, who committed to an institution for two weeks back in the 90s, and due to that my confidence in navigating the legal system was shaken.

Also being from Texas, my knowledge of the of the Court system and ex-wife's wife unwillingness to help me led to me dropping the litigation because I did not want to get caught up in something that I couldn't handle.

*Car Accident 2011*

A van ran a red light and hit me head on.  I was driving a 2006 Nissan Maxima.  Both air bags deployed.  I passed for a second after impact.  Norfolk Police came out to the scene.  A guy came up to the car and said that he smelled drugs, but I told him that I don't do drugs.

I pulled up the air bags he stated that's what it was.  Norfolk Police issued a ticket to the driver of the van with a Court date.  I appeared in Court on the day that was on the ticket, and I was told that there is no Court.  I had four car accidents in Texas and four in Virginia.

## Over Medicated

I have been under the care of a Doctor for about 42 years.  People close to me have said that they believed that I was over medicated. When I came to Virginia and was assigned a new doctor, Dr. Karpov, he came to the determination that I was in fact overmedicated.  Recently my prescription of Trazadone was cut back from 2000mg to 200mg in May of 2022. I did have a reaction that changed my sleep pattern.

I called the Doctor's office and spoke with Dr. Ramos. She stated that 200 mg was in my record, but that she would raise it to 300 mg even though I stated to her that I had been taking 2000 mg per night for the last 40 years.

She stated that none of that shows in my records, even though I know what I've been taking up until that point.

Then I received a call from her office letting me know that she needed to change my appointment.

### September 21, 2021

I went to pick up my oldest son from work.

As I was returning to my ex-wife the next door neighbor was coming down her stairs.

I asked her why he was coming down the stairs.

He went back to his townhouse and tried to open the door and was struggling to open it.

I told two of my children about what happened.

If I had gone over to his house I didn't know what would happen.

I remember seeing this type of situation play out where the man shot the husband and he got away with the crime.

I can Thank God for what He is doing for me, as well as my family, but judgement is coming.

There are more offenses than what I have written.


Thank you,

Gerry W. Fowler

757-502-5477

917 Joy are Ct
VB, VA 23462-7311