# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**GERRY W. FOWLER, SR.,**

                          **Plaintiff(s)**

v.                           CASE NO.   2:23cv566

**INTERNAL REVENUE SERVICE,** *et al.,*

                          **Defendant(s).**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this civil action is DISMISSED without prejudice for lack of subject matter jurisdiction pursuant to Federal Rule 12(h)(3).

DATED:   April 9, 2024

FERNANDO GALINDO, Clerk                   By   /s/
                                                                    E. Price, Deputy Clerk